UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In the Matter of the Arbitration

                                                              __ CV ____ (___)

      -between-

COMPAÑÍA ESPAÑOLA DE PETRÓLEOS, S.A.,

                Petitioner,

     -and-

CHIMBUSCO PAN NATION PETRO-CHEMICAL
CO. LTD.,

                Respondent.

-------------------------------------------------------------------x

## DECLARATION OF JAMES D. KLEINER IN SUPPORT OF PETITION TO COMPEL ARBITRATION

1. I am a partner in the law firm of Hill, Betts & Nash LLP, attorneys for petitioner, COMPAÑÍA ESPAÑOLA DE PETRÓLEOS, S.A., in this action. I am admitted to practice in the courts of this State and in this Court.

2. I am familiar with the facts herein based upon my participation as counsel. I make this declaration in support of the accompanying Petition to Compel Arbitration.

3. Annexed hereto are true and accurate copies of Exhibits 1-6 in Support of the Petition:

    Exhibit 1.    Email chain dated December 14, 2021, confirming the parties' bunker sale Contract for supply of marine fuel to M/V LEDRA

    Exhibit 2.    Petitioner CEPSA's General Terms and Conditions (Revision 1.2 2019 Amendments) incorporated into the Contract

Exhibit 3. Email dated February 17, 2022, on behalf of petitioner demanding New York arbitration

Exhibit 4. Email dated March 3, 2022, from Clyde & Co, Hong Kong, requesting 21-day extension for respondent to nominate second arbitrator

Exhibit 5. Email dated March 4, 2022, from Hill, Betts & Nash LLP, requesting respondent's acknowledgement of the obligation to arbitrate

Exhibit 6. Email dated March 8, 2022, from Clyde & Co, Hong Kong, nominating second arbitrator, with expanded reservation of respondent's rights "including but not limited to the rights to challenge [petitioner's] purported commencement of the arbitration and/or the jurisdiction of the Tribunal."

4. I have reviewed the Petition and I believe the contents thereof to be true to the best of my knowledge.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: New York, New York
March 10, 2022

*/s/ James D. Kleiner*
JAMES D. KLEINER