

COMPAÑÍA ESPAÑOLA DE PETRÓLEOS, S.A.
Paseo De La Castellana, 259 A
28046 Madrid (SPAIN)
C.I.F. A28003119
Reg. Merc. Madrid 206/100/Hoja 6045 Sociedades

# CONFIRMED NOMINATION

| DATE : | Nb | PAGE |
|---|---|---|
| 14.12.2021 | 60691173 | 1 |

| | |
|---|---|
| **PORT :** ALG001 ALGECIRAS-FONDEO | **BUYER :** CHIMBUSCO PAN NATION PETRO-CHEMICAL CO LTD |
| **VESSEL :** LEDRA | 9 FLOOR LUK KWOK CENTRE 72 GLOUCESTER ROAD WANCHAI HONG KONG |
| **TERMS OF DELIVERY :** FOB Free on board | **SUPPLIER :** CEPSA |
| **MEAN OF SUPPLY:** BARGE | **SHIPOWNER :** 878120 CHIMBUSCO PAN NATION PETRO-CHE |
| **EXPIRY DATE :** 20.12.2021 | **PORT AGENT :** 955003 .. |
| **SALES AREA :** BKCP - 08 - 03 MADRID | **TERMS OF PAYMENT :** Transfer. Via Swift 21 DAYS |

| CODE | PRODUCT | DELIV.DATE | QUANTITY | PRICE |
|---|---|---|---|---|
| 470520000 | VLSFO 0,5% | 17.12.2021 | 1.400,000 TO | 549,00 USD/TO |

**The client certifies that the vessel is subject to International Maritime Navigation (when the voyage of said navigation vessel corresponcorrespond to more than the 50% of the amount of the travels done duringthe period of the natural year when those operations where done) in accordance of what it is established in the present Spanish VAT (Art. 22 of Law 37/92 dated 29th December of 1992, Art.148 Directive 2006/112 EC) and therefore it is exempt of VAT Tax.**

**CEPSA, Bunker supplier since 1930, and awarded with ISO 9001 for bunker sales and distribution approved and audited by AENOR.**

**SPECS:  DMA(LSMGO)/DMB specifications ISO 8217:2010 (E).**
      **RMG 380: ISO 8217:2010 (E)**

**TERMS: CEPSA general terms and conditions of sale to apply, a copy of which is available on request and in https://bunker.cepsa.com.**

**The master of the vessel shall advise the ETA in writing to the supplying depot/local office either directly or through the port agents,notifying the grades and actual quantities to be lifted 48, 24, and 12 hours in advance (Saturdays, Sundays and holidays excluded).**

**This bunker supply request/bunker stem, is ordered for the account, on behalf of and in the name of the vessel#s owner(s)/beneficial owner(s).**

**The fuel oil to be supplied complies with the stated in Annex VI- Protocol modifying the international Convention for the Prevention of Pollution from Ships-MARPOL- (part 1 or 4 a. rule 14 and par. 1 rule 18).**

| **REMARKS :** | **TAXES:** | 0 Exento |
|---|---|---|

**CLIENT'S CONFIRMATION**

AENOR
ER
Empresa Registrada
UNE-EN ISO 9001
ER-0129/1994

Adam Wernicke

| | |
|---|---|
| **From:** | BUNKER SALES |
| **Sent:** | Tuesday, December 14, 2021 10:15 AM |
| **To:** | Christian Rasmussen |
| **Cc:** | Lemos Costa, Francisco |
| **Subject:** | RE: Bunker inquiry / Gibraltar / M/v: LEDRA (IMO: 9591181) |

Done, we have a deal.

Please revert with agent please.

Thanks

**CEPSA**
**Francisco Lemos Costa**
Bunker Trader
**CEPSA TRADING, S.A.U.**
Torre CEPSA Pº de la Castellana, 259 A, 28046 Madrid
M: (+34) 648 265 253
Email: fancisco.lemos@cepsa.com

---

**From:** Christian Rasmussen <christian.rasmussen@chim-pn.com>
**Sent:** martes, 14 de diciembre de 2021 16:11
**To:** BUNKER SALES <bunker@cepsa.com>
**Cc:** Lemos Costa, Francisco <francisco.lemos@cepsa.com>
**Subject:** Re: Bunker inquiry / Gibraltar / M/v: LEDRA (IMO: 9591181)

**ATENCIÓN:** Este correo electrónico ha sido enviado desde fuera de Cepsa. Desconfíe de cualquier contenido, enlace o archivo adjunto.
**CAUTION:** This email was sent from outside Cepsa. Be suspicious of any contents, links or attachments.
**ATTENTION:** Cet email a été envoyé de l'extérieur de Cepsa. Méfiez-vous de tout contenu, lien ou pièce jointe.

Hi Fransisco

Please go ahead and fix

Recap following asap


Best regards,
Christian Rasmussen

Chimbusco Pan Nation Petro-Chemical Co Ltd
Mobile: +44 (0) 7465949164 | Skype: christian.rasmussen@chim-pn.com | 24 Hour Bunker Ops: +852 6038 6783
Email: Christian.rasmussen@chim-pn.com | Bunker Enquiry: bunker.uk@chim-pn.com | Website: www.chim-pn.com


> Den 14. dec. 2021 kl. 16.08 skrev BUNKER SALES <bunker@cepsa.com>:
>
> Can't go lower on this one, my best 549$/MT (valid 5min)

Let me know



**Francisco Lemos Costa**
Bunker Trader
**CEPSA TRADING, S.A.U.**
Torre CEPSA Pº de la Castellana, 259 A, 28046 Madrid
M: (+34) 648 265 253
Email: fancisco.lemos@cepsa.com

---

**From:** Christian Rasmussen <christian.rasmussen@chim-pn.com>
**Sent:** martes, 14 de diciembre de 2021 16:05
**To:** BUNKER SALES <bunker@cepsa.com>
**Cc:** Lemos Costa, Francisco <francisco.lemos@cepsa.com>
**Subject:** Re: Bunker inquiry / Gibraltar / M/v: LEDRA (IMO: 9591181)

**ATENCIÓN:** Este correo electrónico ha sido enviado desde fuera de Cepsa. Desconfíe de cualquier contenido, enlace o archivo adjunto.
**CAUTION:** This email was sent from outside Cepsa. Be suspicious of any contents, links or attachments.
**ATTENTION:** Cet email a été envoyé de l'extérieur de Cepsa. Méfiez-vous de tout contenu, lien ou pièce jointe.

Hi Fransisco

Thanks for below.
Firm counter at $547/pmtd

Valid: 10 mins


Best regards,
Christian Rasmussen

Chimbusco Pan Nation Petro-Chemical Co Ltd
Mobile: +44 (0) 7465949164 | Skype: christian.rasmussen@chim-pn.com | 24 Hour Bunker Ops: +852 6038 6783
Email: Christian.rasmussen@chim-pn.com | Bunker Enquiry: bunker.uk@chim-pn.com |
Website: www.chim-pn.com



Den 14. dec. 2021 kl. 15.32 skrev BUNKER SALES <bunker@cepsa.com>:


# SALE OFFER

Dear Buyer,

Following your request, please find below our offer which reads as follows:

DATE AND HOUR OF OFFER:        **Tuesday, December 14, 2021 - 15:32**

BUYER:                         CHIMBUSCO PAN NATION PETRO-CHEMICAL

| | |
|---|---|
| VESSEL'S NAME: | LEDRA |
| IMO: | **9591181** |
| | |
| VESSEL'S ETA: | 17-19/12/2021 |
| PORT: | ALGECIRAS |
| | |
| TERMS OF PAYMENT: | **21 DAYS FROM DATE OF DELIVERY** |
| MEANS OF DELIVERY: | BARGE |
| VALIDITY OF THE OFFER: | **20 Minutes** |

| PRODUCT | QUANTITY (MT) | PRICE (USD/MT) |
|---|---|---|
| VLSFO | 1400 | 549 |
| | | |
| | | |

| LUMPSUM APPLICABLE | PRICE (USD) |
|---|---|
| NO | 0 |

**VAT EXEMPTION**
The client certifies that the vessel is subject to International Maritime Navigation (When the voyage of said navigation vessel correspond to more than the 50% of the amount of the travels done during the period of the natural year when those operations where done) in accordance of what it is established in the present Spanish VAT regulation (Art. 22 of Law 37/92 dated 29th December of 1992, Art.148 Directive 2006/112 EC) and therefore it is exempt of VAT Tax.

**IGIC TAX EXEMPTION**
The client certifies that the vessel is subject to International Maritime Navigation (When the voyage of said navigation vessel correspond to more than the 50% of the amount of the travels done during the period of the natural year when those operations where done) in accordance of what it is established in the present Canary IGIC regulation (Art. 12 of Law 20/91 dated 7th July of 1991, Art.148 Directive 2006/112 EC) and therefore it is exempt of IGIC Tax..

**REMARKS:**
- Haga clic aquí para escribir texto.
- Final offers, firm counters, stems, confirmations, etc., will ONLY be accepted via e-mail to **bunker@cepsa.com**
- In accordance with subclause 3.4.5 of the applicable CEPSA's GTCs, a total or partial cancellation fee of 5USD/MT will be charged with a minimum basis of USD 5,000, without prejudice to the Seller's right to charge other costs and damages as per the said subclause.
- Truck deliveries for Chemical/Tanker vessels subject to truck accessibility and final confirmation.
- For all truck deliveries at Mainland ports no BDR's will be provided. A complementary document, with the exact delivery information as in the original receipt signed by the vessel, will be attached to the invoice.
- Length restrictions for Barge Supply:
    - Las Palmas minimum......................... 120mts
    - Tenerife minimum............................ 120mts
    - Barcelona minimum.......................... 120mts
    - Algeciras minimum.......................... 120mts
    - Gibraltar minimum........................... 100mts
    - Huelva.............................................. 100mts

3

**This offer is subject to new CEPSA's General Terms and Conditions of Marine Bunker sales 2017 as amended in 2019. (GTCs) available at**
**https://bunker.cepsa.com**



**Francisco Lemos Costa**
Bunker Trader
**CEPSA TRADING, S.A.U.**
Torre CEPSA Pº de la Castellana, 259 A, 28046 Madrid
M: (+34) 648 265 253
Email: fancisco.lemos@cepsa.com

**From:** Christian Rasmussen <christian.rasmussen@chim-pn.com>
**Sent:** martes, 14 de diciembre de 2021 15:14
**To:** BUNKER SALES <bunker@cepsa.com>
**Subject:** Bunker inquiry / Gibraltar / M/v: LEDRA (IMO: 9591181)

**ATENCIÓN:** Este correo electrónico ha sido enviado desde fuera de Cepsa. Desconfíe de cualquier contenido, enlace o archiv adjunto.
**CAUTION:** This email was sent from outside Cepsa. Be suspicious of any contents, links or attachments.
**ATTENTION:** Cet email a été envoyé de l'extérieur de Cepsa. Méfiez-vous de tout contenu, lien ou pièce jointe.

Dear Sirs

Can you please quote below pls

M/v: LEDRA (IMO: 9591181)
Gibraltar
17-19 December
1400mt LSFO

Please advise credit terms
Account: Chimbusco Pan Nation Petro-Chemical Co ltd

Thanks in advance


Best regards,
Christian Rasmussen

**Bunkering Department**
**Chimbusco Pan Nation Petro-Chemical Co Ltd**
Mobile: +44 (0) 7465949164 | Skype: christian.rasmussen@chim-pn.com | 24 Hour Bunker Ops: +852 6038 6783
Email: Christian.rasmussen@chim-pn.com | Bunker Enquiry: bunker.uk@chim-pn.com |
Website: www.chim-pn.com

 Virus-free. www.avg.com

**CONFIDENCIALIDAD Y PROTECCIÓN DE DATOS**
Este correo electrónico, así como cualquiera de sus anexos, contiene información estrictamente confidencial protegida por el ordenamiento jurídico. Su contenido es para uso exclusivo de sus destinatarios, por lo que queda prohibida la divulgación, copia o utilización de dicha información por terceros. Si usted lo recibiera por error, por favor, le rogamos se ponga en contacto con su remitente y destruya el mensaje con todas sus copias.
Le informamos que sus datos personales son tratados por la entidad de Cepsa con quien mantiene relación, en calidad de Responsable del Tratamiento, con la finalidad de gestionar la relación y atender la comunicación entablada. Puede ejercitar, en la medida en que resulten de aplicación, los derechos de acceso, rectificación, oposición, supresión, portabilidad y limitación del tratamiento, así como a retirar su consentimiento en caso de que lo hubiese otorgado en derechos.arco@cepsa.com. Para conocer la política de privacidad y el listado de entidades de Cepsa puede consultar nuestra página web o contactar al DPO de Cepsa en dpo@cepsa.com.

**CONFIDENTIALITY AND DATA PROTECTION**
This e-mail, as well as any of its attachments, contains strictly confidential information protected by law. Its content is for the exclusive use of its addressees, and the disclosure, copying or use of such information by third parties is prohibited. If you received this e-mail in error, please contact the sender and destroy the message and all copies.
Your personal data are processed by the Cepsa entity with which you have a relationship, in its capacity as Data Controller, in order to manage the relationship and related communication. You may exercise, to the extent applicable, your rights of access, rectification, opposition, deletion, portability and limitation of processing, and may withdraw your consent if you have given it, at derechos.arco@cepsa.com. To see the privacy policy and the list of Cepsa entities please visit our website or contact Cepsa's DPO at dpo@cepsa.com.

**CONFIDENTIALITÉ ET PROTECTION DES DONNÉES**
Cet e-mail, ainsi que toutes ses pièces jointes, contient des informations strictement confidentielles et protégées par la loi. Son contenu est destiné à l'usage exclusif de ses destinataires, et toute divulgation, copie ou utilisation de ces informations par des tiers est interdite. Si vous avez reçu cet e-mail par erreur, veuillez contacter l'expéditeur et détruire le message et toutes les copies.
Nous vous informons que vos données personnelles sont traitées par l'entité de Cepsa avec laquelle vous êtes en relation, en sa qualité de contrôleur des données, dans le but de gérer la relation et de s'occuper de la communication établie. Vous pouvez exercer, dans la mesure où ils sont applicables, les droits d'accès, de rectification, d'opposition, de suppression, de portabilité et de limitation du traitement, ainsi que le droit de retirer votre consentement dans le cas où vous l'auriez donné à l'adresse derechos.arco@cepsa.com. Pour consulter la politique de confidentialité et la liste des entités de Cepsa, vous pouvez accéder à notre site web ou contacter le DPO de Cepsa à l'adresse dpo@cepsa.com.

**CONFIDENCIALIDAD Y PROTECCIÓN DE DATOS**
Este correo electrónico, así como cualquiera de sus anexos, contiene información estrictamente confidencial protegida por el ordenamiento jurídico. Su contenido es para uso exclusivo de sus destinatarios, por lo que queda prohibida la divulgación, copia o utilización de dicha información por terceros. Si usted lo recibiera por error, por favor, le rogamos se ponga en contacto con su remitente y destruya el mensaje con todas sus copias.
Le informamos que sus datos personales son tratados por la entidad de Cepsa con quien mantiene relación, en calidad de Responsable del Tratamiento, con la finalidad de gestionar la relación y atender la comunicación entablada. Puede ejercitar, en la medida en que resulten de aplicación, los derechos de acceso, rectificación, oposición, supresión, portabilidad y limitación del tratamiento, así como a retirar su consentimiento en caso de que lo hubiese otorgado en derechos.arco@cepsa.com. Para conocer la política de privacidad y el listado de entidades de Cepsa puede consultar nuestra página web o contactar al DPO de Cepsa en dpo@cepsa.com.

**CONFIDENTIALITY AND DATA PROTECTION**
This e-mail, as well as any of its attachments, contains strictly confidential information protected by law. Its content is for the exclusive use of its addressees, and the disclosure, copying or use of such information by third parties is prohibited. If you received this e-mail in error, please contact the sender and destroy the message and all copies.
Your personal data are processed by the Cepsa entity with which you have a relationship, in its capacity as Data Controller, in order to manage the relationship and related communication. You may exercise, to the extent applicable, your rights of access, rectification, opposition, deletion, portability and limitation of processing, and may withdraw your consent if you have given it, at derechos.arco@cepsa.com. To see the privacy policy and the list of Cepsa entities please visit our website or contact Cepsa's DPO at dpo@cepsa.com.

**CONFIDENTIALITÉ ET PROTECTION DES DONNÉES**
Cet e-mail, ainsi que toutes ses pièces jointes, contient des informations strictement confidentielles et protégées par la loi. Son contenu est destiné à l'usage exclusif de ses destinataires, et toute divulgation, copie ou utilisation de ces informations par des tiers est interdite. Si vous avez reçu cet e-mail par erreur, veuillez contacter l'expéditeur et détruire le message et toutes les copies.
Nous vous informons que vos données personnelles sont traitées par l'entité de Cepsa avec laquelle vous êtes en relation, en sa qualité de contrôleur des données, dans le but de gérer la relation et de s'occuper de la communication établie. Vous pouvez exercer, dans la mesure où ils sont applicables, les droits d'accès, de rectification, d'opposition, de suppression, de portabilité et de limitation du traitement, ainsi que le droit de retirer votre consentement dans le cas où vous l'auriez donné à l'adresse derechos.arco@cepsa.com. Pour consulter la politique de confidentialité et la liste des entités de Cepsa, vous pouvez accéder à notre site web ou contacter le DPO de Cepsa à l'adresse dpo@cepsa.com.