**Adam Wernicke**

| | |
|---|---|
| **From:** | Yeung, Sindy <Sindy.Yeung@clydeco.com> |
| **Sent:** | Tuesday, March 8, 2022 9:07 PM |
| **To:** | James Kleiner; Adam Wernicke |
| **Cc:** | Jesús Casas; Lam, Matthew; Hung, Rita |
| **Subject:** | Re:  [External] Arbitration Demand - CEPSA v Chimbusco - HBN Ref: 7273.0008 [CC-FERO.44609.10295997.FID1470893] |
| **Categories:** | M/V LEDRA |

Dear Sirs

We refer to your letter dated 17 February 2022 demanding arbitration and nominating Mr. Leo G. Kailas as your client's arbitrator.

Entirely without prejudice to our client's rights to challenge the purported commencement of arbitration and/ or the jurisdiction of the Tribunal, our client has appointed Mr. George Tsimis as its arbitrator and hereby gives you notice of such appointment.  Mr. Tsimis' contact details are as follows:-

George J. Tsimis
GJT Marine Consultants LLC
212 Ryder Road
Manhasset, New York 11030
Tel: +1-917-306-7711
Email: gtsimis@gjtmarine.com
Website: www.gjtmarineconsultants.com

In the meantime, all our client's rights are reserved, including but not limited to the rights to challenge your client's purported commencement of arbitration and/ or the jurisdiction of the Tribunal.

Best regards

**Matthew Lam/ Sindy Yeung**
Partner/ Associate | Clyde & Co
**Direct Dial:** +852 2287 2825/ 2287 2836 | **Mobile:** +852 6407 1458



58th Floor, Central Plaza | 18 Harbour Road | Wanchai | Hong Kong
**Main** +852 2878 8600 | **Fax** +852 2522 5907 | www.clydeco.com

_____CONFIDENTIALITY NOTICE_____

**If our account details change, we will notify these to you by letter, telephone or face-to-face and never by email.**

This email and any attachments are confidential and may also be privileged. If you have received this message in error, please (a) notify the sender immediately, (b) destroy this email and any attachments, and (c) do not use, copy, store and/or disclose to any person this email and any attachments. In the event of any technical difficulty with this e-mail and any attachments, please contact the sender or contact the Hong Kong IT department on (852) 2878 8600.

E-mail: hongkong@clydeco.com
Internet: www.clydeco.com

A Firm of Solicitors regulated by the Law Society of Hong Kong. The full list of the Firm's principals will be provided upon request.

Please consider the environment before printing this email.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.