

# HILL BETTS & NASH LLP

14 WALL STREET, SUITE 5H
NEW YORK, NY 10005
DIRECT DIAL: (212) 589-7520
MAIN: (212) 839-7000
FACSIMILE: (212) 466-0514
WWW.HILLBETTS.COM

August 23, 2022

*Via ECF*

Honorable Jed S. Rakoff
United States District Judge
United States Courthouse
Courtroom 14B
500 Pearl Street New York, NY 10007

Re: **STATUS REPORT**
Compañía Española De Petróleos, S.A. v.
Chimbusco Pan Nation Petro-Chemical Co.
Docket No: 1:22-cv-02004 (JSR)
HBN File No.: 7273.0008

Dear Judge Rakoff:

We represent petitioner, Compañía Española De Petróleos, S.A., in this petition to compel arbitration. No counsel has appeared for Hong Kong based respondent, Chimbusco Pan Nation Petro-Chemical Co.

Further to our August 3, 2022 letter reporting settlement of the underlying dispute, plaintiff has filed its notice of dismissal, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i).

Thank you for the Court's patience. Such judicial minimalism was efficacious (and free).

Respectfully,

HILL, BETTS & NASH LLP

James D. Kleiner

cc: *By Email*
Mr. Matthew Lam, Clyde & Co., Hong Kong
*(Counsel for Defendant)*
Ms. Rita Hung, Clyde & Co., Hong Kong
*(Counsel for Defendant)*
Ms. Sindy Yeung, Clyde & Co., Hong Kong
*(Counsel for Defendant)*

{NY247758.1 }